**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **TRAVIS COLLUM, guardian ad litem for unnamed minor child,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **CASE NO. 3:07-cv-534-RJC** |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON, JIMMIE VANCE GRUBBS, and RONALD DIXON,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| | ) ) | |
| **BRANTLEY OSTWALT, Guardian ad Litem for unnamed Minor Child,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) ) | **CASE NO. 3:08-cv-266-GCM** |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, CHARLOTTE MECKLENBURG SCHOOLS LAW ENFORCEMENT DEPARTMENT, GEMINI INSURANCE COMPANY, RONALD DIXON, ALICISA JOHNSON, TED PEARSON, and GUS WELBORN,** | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court *sua sponte*. Federal Rule of Civil Procedure 42(a) grants the Court authority to consolidate "actions involving a common question of law or fact." Fed. R. Civ. P. 42(a). The decision to consolidate is committed to the Court's discretion and

consolidation may be initiated *sua sponte*. See Arnold v. E. Air Lines, Inc., 681 F.2d 186, 193 (4th Cir. 1982). The claims alleged by Plaintiff in these cases arise from a common set of facts–abuse by the same teacher of minor children in the Charlotte Mecklenburg School District. The legal issues presented overlap, the Defendants are identical, and there is a little likelihood of prejudice to any party if the cases are consolidated. Judge Mullen concurs in the consolidation and assignment of these two cases.

**IT IS, THEREFORE, ORDERED** that Plaintiff's civil actions (3:07-cv-534 and 3:08-cv-266) will be consolidated pursuant to Rule 42(a). The Clerk is directed to consolidate civil action number 3:08-cv-266-GCM into the earlier filed related civil action 3:07-cv-534-RJC.

Signed: September 29, 2008

Robert J. Conrad, Jr.
Chief United States District Judge